# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER CHARLES LATHAM | Case No.  3:08cr179-WKW    (WO) |
| | USM No.  04827-084 |
| | Alexander Karakatsanis |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   **1-3 of the Amended Petition**   filed 12/21/2009 of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant did not use public transportation as instructed. Defendant has been terminated from Dismas Charities for failing to follow rules and regulations. | November 3, 2009 |
| 2 | Defendant failed to submit a monthly supervision report. | November 3, 2009 |
| 3 | Defendant failed to notify the probation officer within 72 hours of change of address. | November 3, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5094

Defendant's Year of Birth:   1973

City and State of Defendant's Residence:
        Smiths, Alabama

January 8, 2010
Date of Imposition of Judgment

*/s/ W. Keith Watkins*
Signature of Judge

W. KEITH WATKINS, U. S. DISTRICT JUDGE
Name and Title of Judge

Jan. 20, 2010
Date

|                  |                              | Judgment — Page  2  of  2 |
|---|---|---|

DEFENDANT:        CHRISTOPHER CHARLES LATHAM
CASE NUMBER:      3:08cr179-001-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

8 Months. The term of supervised release imposed on February 23, 1995 is revoked.

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL